UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>   v.<br><br>SKYLINE SHEET METAL INC., et al.,<br><br>   Defendants. | CASE NO. C13-2109 JLR<br><br>ORDER STRIKING SUMMARY JUDGMENT MOTIONS |

Before the court are three motions for summary judgment brought by Plaintiff First Mercury Insurance Company ("FMIC") in this insurance coverage action (Dkt. ## 49, 52, 53). Plaintiff asks the court for summary judgment with respect to (1) coverage; (2) extra-contractual claims; and (3) res judicata and collateral estoppel. (*See id.*) All three motions were filed on the same day. (*See* Dkt.) Together, they total 55 pages of briefing.

ORDER- 1

1 | Western District of Washington Local Civil Rule 7(e)(3) forbids parties from filing more than one motion for summary judgment at the same time on discrete issues:

> Absent leave of the court, parties must not file contemporaneous dispositive motions, each one directed toward a discrete issue or claim.

Local Rules W.D. Wash. CR 7(e)(3).  The purpose of this rule is to prevent litigants from working around page limits by dividing their case into discrete parts and filing multiple motions that, according to the rules, should be brought together.

The court hereby STRIKES FMIC's motions for summary judgment for non-compliance with the local rules (Dkt. ## 49, 52, 53).  FMIC may file a single motion for summary judgment that complies with the page limits set forth in the local rules.  *See* Local Rules W.D. Wash. CR 7(e)(3).  If FMIC wishes to refile, it should note its motion anew according to Western District of Washington Local Civil Rule CR 7(d)(3).

Dated this 17th day of January, 2014.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER- 2